# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL PALM, JAMES FOGHORN, RAY MADRID, CHRISTOPHER TORRES, SKIP MARQUARDT, GUADALUPE AVILA, JANET HILL-KING, KAREN HERRERA, ANTHONY CORDOVA, ERIC ALLEN, MISTI CARMICHAEL, RENE SWANBERG, DEBBIE PADILLA, JOSEPH TRUJEQUE, REYNA MARTINEZ, ROBERT CANDELARIA, MICHAEL LENDINO, DANIEL JANZEN, STEPHEN PERKINS, ANTHONY CANDELARIA, LEE JONES, ADAM TORRES, CLINTON CHRISTISON, ENOCK ARVIZO, JUAN MUNIZ, SHELLY BARTON, and RODNEY HOGHES on their own behalf and on behalf of all others similarly situated,**

**29 U.S.C. § 216(b) Collective Action**

   Plaintiffs,

vs.                              09-CV-397 MCA-LAM

**THE BOARD OF COUNTY COMMISSIONERS OF BERNALILLO COUNTY.**

   Defendant.

## ORDER CERTIFYING COLLECTIVE ACTION

THIS MATTER having come before the Court on Plaintiffs' Stipulated Motion to Certify the Collective Action [Doc. 54], the Court finds as follows: Plaintiffs' motion is well taken and shall be granted.

IT IS ORDERED that the motion is GRANTED and this case shall proceed as a Collective Action under 29 U.S.C. § 216.

SO ORDERED this 10th day of August, 2009.

_____
M. CHRISTINA ARMIJO
United States District Judge