IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL PALM, et al,**

      **Plaintiffs,**

**vs.**                                          **No. CIV-09-0397 MCA/LAM**

**THE BOARD OF COUNTY COMMISSIONERS**
**OF BERNALILLO COUNTY,**

      **Defendant.**

**ORDER GRANTING IN PART *STIPULATED MOTION TO***
***EXTEND DISCOVERY DEADLINE (Doc. 94)***

**THIS MATTER** is before the Court on the Parties' *Stipulated Motion to Extend Discovery Deadline (Doc. 94)*, filed December 21, 2009, asking for an extension of the discovery deadline from January 19, 2010 to March 19, 2010.  On December 29, 2009, the Court held a telephonic hearing on the motion at which counsel for both parties appeared.  Having considered the parties' statements at the hearing, and having reviewed the motion and the record of the case, the Court **FINDS** that the motion will be **GRANTED in part.**

**IT IS THEREFORE ORDERED THAT** the Parties' *Stipulated Motion to Extend Discovery Deadline (Doc. 94)* is **GRANTED in part**.

**IT IS FURTHER ORDERED THAT** the *Order Assigning Standard Track and Setting Pretrial Deadlines (Doc. 66)* and *Scheduling Order (Doc. 68)* are amended to extend the termination of discovery to **January 29, 2010**.

*The foregoing deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional circumstances for extension.  All other deadlines*

*set forth in the Order Assigning Standard Track and Setting Pretrial Deadlines (Doc. 66) and Scheduling Order (Doc. 68) will remain in effect and are not extended.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**