# YOUTZ & VALDEZ, P.C.
## ATTORNEYS AT LAW

**SHANE CHARLES YOUTZ,** NM, CA
shane@youtzvaldez.com

**MARIANNE LOPEZ,** NM
marianne@youtzvaldez.com

PHONE: 505-244-1200
FAX: 505-244-9700

**GABRIELLE M. VALDEZ,** NM
gabrielle@youtzvaldez.com

September 17, 2010

Lawrence Rodriguez, Executive Director
Andrew Padilla, President
AFSCME Council 18
1202 Pennsylvania NE
Albuquerque, NM  87110

   *Re:* ***Scholarship Fund***

Dear Lawrence and Andrew:

As we discussed, in association with the settlement of the MDC wage and hour litigation, we will be providing AFSCME, Council 18, with $20,000.00 to establish a scholarship fund for the benefit of correctional officers throughout the State of New Mexico. I have already spoken with the National and they will be providing me with the necessary templates to complete the transaction. We expect the settlement to be funded within 60 days, at which time we will immediately fund the scholarship. I look forward to working with you to complete the details for the fund. Please call me should you have any questions.

Sincerely,

Shane Youtz

NEW MEXICO OFFICE:
900 GOLD AVENUE SW
ALBUQUERQUE, NEW MEXICO 87102

www.youtzvaldez.com

CALIFORNIA OFFICE:
660 J STREET, SUITE 460
SACRAMENTO, CALIFORNIA 95184