**Youtz & Valdez, P.C.**
**900 Gold Avenue S.W.**
**Albuquerque, NM  87102**

Invoice submitted to:

September 17, 2010

In Reference To:   Palm, et. al. v. Bernalillo County
                   USDC No. 09-CV-397 MCA-LAM
                   MDC Late Relief Lawsuit
                   File No. 902410

Invoice #4444

    Additional Charges :

| | Amount |
|---|---:|
| Westlaw online legal research | 107.00 |
| Civil Filing Fee | 350.00 |
| Copies | 185.60 |
| Postage | 162.56 |
| 1871 Dave True Services, Ltd., for service on Bernalillo County Clerk on 5/5/09 | 26.69 |
| 1931 Pulp Faction for document scanning to disk on 6/25/09 | 12.04 |
| 2034 Custom Mailing Solutions for postage fees for class notice mailer | 200.00 |
| Runner Fees | 13.91 |
| 2052 Custom Mailing Solutions for services regarding class notice mailing | 118.60 |
| 2048 First Impression for printing and preparation of class notice mailer | 1,171.46 |
| PACER charges | 23.76 |
| Faxes | 26.71 |
| 2265 Kendra Tellez Court Reporting for transcripts of the depositions of Tommy Trujillo and Virginia Chavez | 428.74 |
| 2314 Pulp Faction for copying of pleadings | 68.06 |

| | Page 2 |
|---|---:|
| | Amount |
| 2346 UPS for 2-day delivery to James Piotrowski on 6/15/10 | 30.67 |
| Travel Expenses for Brandt Milstein | 156.00 |
| Travel Expenses for James Piotrowski | 1,063.57 |
| Total additional charges | $4,145.37 |
| Balance due | $4,145.37 |