IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL PALM, JAMES FOGHORN, RAY MADRID, CHRISTOPHER TORRES, SKIP MARQUARDT, GUADALUPE AVILA, JANET HILL-KING, KAREN HERRERA, ANTHONY CORDOVA, ERIC ALLEN, MISTI CARMICHAEL, RENE SWANBERG, DEBBIE PADILLA, JOSEPH TRUJEQUE, REYNA MARTINEZ, ROBERT CANDELARIA, MICHAEL LENDINO, DANIEL JANZEN, STEPHEN PERKINS, ANTHONY CANDELARIA, LEE JONES, ADAM TORRES, CLINTON CHRISTISON, ENOCK ARVIZO, JUAN MUNIZ, SHELLY BARTON, and RODNEY HOGHES** on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

                                                                                  No. 09-CV-397 MCA-LAM

**THE BOARD OF COUNTY COMMISSIONERS OF BERNALILLO COUNTY,**

    **Defendant.**

## ORDER

This case is before the Court *sua sponte* upon the parties' *Joint Motion to Approve Settlement and Stipulated Judgment*. [Doc. 146] By separate Notice, the Court has scheduled a hearing on this matter for October 28, 2010. [Doc. 147] To facilitate the Court's review of the settlement to insure that it is fair and equitable, counsel for Plaintiffs are directed to submit to the Court a supplemental fee application sufficient to enable the Court to independently evaluate the

reasonableness of the fee award requested by counsel for Plaintiffs.  *See, e.g.*, *Purdue v. Kenny A.*, __U.S.__, 130 S.Ct. 1662 (2010) (reaffirming preference for lodestar approach); *Anchondo v. Anderson, Crenshaw & Associates, L.L.C.*, No. 10-2010, __F.3d __, 2010 WL 3261155 (10th Cir. Aug. 16, 2010) (discussing *Purdue*).  Counsel for Plaintiffs are directed to submit their supplemental fee application and supporting documentation on or by Monday, October 18, 2010.

**SO ORDERED this  6th day of October, 2010.**

_____
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE