UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable M. Christina Armijo**

**CASE NO.**   CIV 09-397 MCA/LAM            **DATE:**   10/25/10

**TITLE:**   *Palm, et al v. The Board of County Commissioners*

**COURTROOM CLERK:**   C. Varnell          **COURT REPORTER:**   M. Kubilus

**COURT IN SESSION:** 9:07am          **COURT IN RECESS:** 10:00am   **TOTAL TIME:** 53 min

**TYPE OF PROCEEDING:**   [146] Joint MOTION to Approve Settlement and Stipulated Judgment

**COURT'S RULINGS/DISPOSITION:**   Settlement approved;  attorney's fees taken under advisement

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Shane Youtz                                                    Peter S Auh
Marianne Bowers

**PROCEEDINGS:**

| Time | Event |
|---|---|
| 9:07am | Court in Session: |
| 9:08am | Case called |
| 9:09am | Plaintiffs' counsel addresses issues in dispute/complexity |
| 9:17am | Plaintiffs' counsel addresses "wilfullness" issue re S/L, damages |
| 9:18am | Plaintiffs' counsel continues to address issues/complexity, case mgt. |
| 9:21am | Plaintiffs' counsel discusses communications, notice to plaintiffs |
| 9:24am | Plaintiffs' counsel continues explanation of work performed |
| 9:29am | Plaintiffs' counsel continues with explanation of fee factors |
| 9:36am | Plaintiffs' counsel explains discovery issues |
| 9:40am | Plaintiffs' counsel explains development of representative models for unpaid time |
| 9:42am | Defendant's counsel explains issues/complexity from defendant's viewpoint |
| 9:50am | Defendant's counsel continues with explanation |
| 9:55am | Bench conf. |
| 10:00am | Court in recess. |