IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL PALM, JAMES FOGHORN,
RAY MADRID, CHRISTOPHER
TORRES, SKIP MARQUARDT,
GUADALUPE AVILA, JANET
HILL-KING, KAREN HERRERA,
ANTHONY CORDOVA, ERIC ALLEN,
MISTI CARMICHAEL, RENE
SWANBERG, DEBBIE PADILLA,
JOSEPH TRUJEQUE, REYNA
MARTINEZ, ROBERT CANDELARIA,
MICHAEL LENDINO, DANIEL JANZEN,
STEPHEN PERKINS, ANTHONY
CANDELARIA, LEE JONES, ADAM
TORRES, CLINTON CHRISTISON,
ENOCK ARVIZO, JUAN MUNIZ,
SHELLY BARTON, and RODNEY
HOGHES on their own behalf and on
behalf of all others similarly situated,**

      **Plaintiffs,**

                                   **No. 09-CV-397 MCA-LAM**

**vs.**

**THE BOARD OF COUNTY COMMISSIONERS
OF BERNALILLO COUNTY,**

      **Defendant.**

**STIPULATED JUDGMENT**

PURSUANT to the joint motion of the parties for approval and entry of stipulated

judgment, for the reasons stated therein, and in the interests of justice, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has reviewed the Motion to Approve Settlement, Affidavit of Counsel, and

proposed form of judgment, and finds that this case presents contested issues as to the

compensability of the unpaid work allegedly performed, the scope and amount of that work, if

STIPULATED JUDGMENT - 1

any, the willfulness of Defendant's violation of law, if any (affecting whether a two or three-year

statute of limitations would apply), and whether the Defendant acted in good faith (affecting

whether Plaintiffs would or would not be entitled to liquidated damages);

2. The Court finds that in light of the disputed and undecided factual and legal issues the

settlement is fair and reasonable to both the Plaintiffs and Defendant;

3. The Court further finds that the amounts to be paid as attorney fees and costs are

reasonable and fair to the Plaintiffs;

4. Judgment is entered for the Plaintiffs and each of them in the amounts shown as

follows:

| Name | Amount |
|---|---|
| ABEITA, DEBRA K. | $2,259.19 |
| ALLEN, ERIC R. | $4,950.43 |
| ALLEN, RONNIE | $7,881.13 |
| ANDRIOLI, FABIAN | $5,356.46 |
| ANDRIOLI, KAREN | $4,258.10 |
| ARAGON, JOHN L. | $4,684.95 |
| ARAGON, JUSTIN J. | $624.66 |
| ARMIJO, BOBBY M. | $7,433.45 |
| ARVIZO-PEREZ, ENOCK | $7,881.13 |
| ASBURY, ERIC D. | $7,469.89 |
| AVILA, GUADALUPE | $7,881.13 |
| AVILA, MICHAEL R. | $7,881.13 |
| BALDONADO, URIAH S. | $978.63 |
| BARKA, FRANK J. | $614.25 |
| BARNES, JEREMY M. | $5,720.84 |
| BARNES, LARRY R. | $3,930.15 |
| BARTON, SHELLY R. | $7,881.13 |
| BELL, GUADALUPE | $390.41 |
| BRAWLEY, SCOTT C. | $2,285.21 |
| BURNS, DAVID J. | $343.56 |
| CAMPOS, RUDY A. | $7,881.13 |
| CANDELARIA JR, ROBERT | $7,881.13 |

STIPULATED JUDGMENT - 2

CANDELARIA, ANTHONY P.

$7,881.13

CANDELARIA, ROBERT G.

$4,039.47

| **Name** | **Amount** |
| --- | --- |
| CANO, JAMES A. | $6,012.35 |
| CARDOZA, JOSE A. | $1,452.33 |
| CARMICHAEL, MISTI D. | |
| | $7,881.13 |
| CARRIER, DALE C. | $1,650.14 |
| CASANOVA, JORGE | $1,405.49 |
| CASAUS, DOMONIC | $7,881.13 |
| CHAVEZ, FRANK R. | $1,369.05 |
| CHRISTISON, CLINTON T. | |
| | $7,881.13 |
| CONTRERAS, GABRIEL A. | |
| | $7,881.13 |
| CORDOVA, ANTHONY C. | |
| | $7,881.13 |
| CRUZ, ALBERTO | $838.09 |
| DELGADO ROSARIO, JOSE A. | |
| | $2,686.04 |
| DRINKA, GERALD | $7,881.13 |
| DURAN, MICHAEL B. | $6,001.94 |
| DURAN, ROSALIE M. | $7,881.13 |
| EDGMON, DAVID | $593.43 |
| FILES, SHEILA | $7,881.13 |
| FLORES, LEONARDO | |
| | $7,881.13 |
| FLORES, PAT | $7,881.13 |
| FOGHORN, JAMES | $5,486.60 |
| GALBRAITH, DANIELLE J. | |
| | $1,499.18 |
| GAMBOA, LISA L. | $6,704.68 |
| GARCIA, CHRISTINA L. | |
| | $5,866.60 |
| GARCIA, ERIC | $5,184.68 |
| GARCIA, KENDRA | $7,537.56 |
| GARCIA, OSCAR | $7,881.13 |
| GONZALES, FLOYD L. | |
| | $4,138.37 |
| GRANT, AHMAD | $879.73 |
| HARROWER, MICHAEL W. | |
| | $3,388.78 |

STIPULATED JUDGMENT - 3

| Name | Amount |
|---|---|
| HAVENS, RACHAEL N. | $7,881.13 |
| HERNANDEZ, CRISTOBAL L. | $7,881.13 |
| HERNANDEZ, TANYA R. | $7,797.84 |
| HERRERA-BACA, KAREN T. | $4,159.19 |
| HERZOG, JAMES | $385.21 |
| HEUKER, MICHAEL K. | $3,243.03 |
| HILL, LINDA L. | $7,881.13 |
| HILL-KING, JANET L. | $7,881.13 |
| HODGES, RODNEY | $7,881.13 |
| HOPINKAH, MARJORIE E. | $1,910.42 |
| JACKSON, MARY A. | $7,881.13 |
| JANZEN, DANIEL A. | $6,085.23 |

| Name | Amount |
|---|---|
| JARAMILLO, ANTHONY R. | $4,846.32 |
| JEFFERSON, JAMES A. | $5,793.72 |
| JOHNSON, LEE | $1,316.99 |
| JONES, LEE | $4,440.29 |
| KINGSTON, JOAN | $7,881.13 |
| LAWRENCE, MITCHELL W. | $1,343.02 |
| LENDINO, MICHAEL R. | $7,881.13 |
| LEPPERT, TAMARA | $6,741.12 |
| LEWIS, ANDREW F. | $6,704.68 |
| LUCERO, CHRISTOPHER A. | $4,612.07 |
| LUCERO, EVELINA T. | $7,881.13 |
| LUCERO, MARIE F. | $1,332.61 |
| MADRID, RAYMOND E. | $7,881.13 |
| MAEZ, DANIEL B. | $3,201.38 |
| MARQUARDT, SKIP H. | $7,881.13 |
| MARTINEZ, ANDREW L. | $806.85 |
| MARTINEZ, JOE | $6,918.11 |
| MARTINEZ, REYNA L. | $7,881.13 |

STIPULATED JUDGMENT - 4

| | |
|---|---|
| MARTINEZ, SUSAN D. | $7,881.13 |
| MILLER, DEBORAH M. | $5,866.05 |
| MODGLING, JOSHUA D. | $7,397.02 |
| MONTOYA, MELANEY S. | $7,881.13 |
| MONTOYA, SAMUEL J. | $104.11 |
| MORA, TIMOTHY A. | $7,881.13 |
| MORENO, JULIAN G. | $7,990.44 |
| MUNIZ RODRIGUEZ, JONATHAN | $7,881.13 |
| MUNIZ RODRIGUEZ, JUAN | $7,881.13 |
| MUNOZ, MARTIN | $5,122.21 |
| OREJEL, MAURICIO A. | $5,720.84 |
| ORTIZ, MERLE | $7,881.13 |
| PACHECO, LAWRENCE J. | $7,881.13 |
| PADILLA, DEBBIE L. | $7,881.13 |
| PALM, MICHAEL P. | $7,881.13 |
| PENNYCUFF, MARCUS W. | $7,870.72 |
| PENNYCUFF, WILLIAM D. | $7,881.13 |
| PEREZ, ANGEL S. | $7,881.13 |
| PERKINS, STEPHEN F. | $7,881.13 |
| POWELL, GARY C. | $858.91 |
| PURPURA, JASON M. | $7,881.13 |
| QUINONES, ELVIN R. | $1,504.39 |
| REIDELL, JOHN R. | $6,085.23 |

| **Name** | **Amount** |
|---|---|
| RINGING SHIELD, JUSTIN C. | $7,251.26 |
| RODRIGUEZ, CHRISTIE R. | $5,970.71 |
| RODRIGUEZ SANCHEZ, DIGNO J. | $7,881.13 |
| SANCHEZ, DENISE M. | $7,881.13 |
| SANCHEZ, JANE F. | $7,881.13 |
| SANCHEZ, TANYA M. | $7,881.13 |
| SEDILLO, MATTHEW J. | $3,747.96 |

STIPULATED JUDGMENT - 5

| | |
|---|---|
| SENA, ANGELA M. | $7,881.13 |
| SIMPSON, EDDIE L. | $7,881.13 |
| SISNEROS, DANIEL T. | $7,881.13 |
| SMITH, JOSHUA L. | $2,805.76 |
| SMITH, TIMOTHY D. | $7,881.13 |
| SOTO, KENNETH N. | $3,617.82 |
| SWANBERG, RENE E. | $6,704.68 |
| TAFOYA, LARRY | $286.30 |
| TANUZ, RORY P. | $5,866.60 |
| TAYLOR, JEFFREY D. | $603.84 |
| TORRES, CHRISTOPHER J. | |
| | $7,881.13 |
| TORREZ, ADAM | $6,996.19 |
| TRUJEQUE, JOSEPH P. | $7,881.13 |
| TRUJILLO, CYNTHIA (GUTIERREZ) | $7,881.13 |
| VALLEJOS, RICHARD J. | |
| | $1,108.77 |
| VIGIL, LOUISA M. | $6,704.68 |
| VIGIL, SAMUEL | $1,113.98 |
| VIGIL, SHARON L. | $7,881.13 |
| WARRIOR, BLANE | $7,881.13 |
| WILLIAMSON, ROBERT | |
| | $936.99 |
| YOUNG, TERRANCE A. | |
| | $978.63 |

STIPULATED JUDGMENT - 6

5.  Judgment is entered for Plaintiffs for an award of attorney fees, including Gross

Receipts Tax, in the amount of $248,742.93.  The sum of $4,145.37 shall also be paid by

Defendant to counsel for Plaintiffs representing costs and expenses in the case.

IT IS FURTHER ORDERED that Plaintiffs' Complaint, and all counts stated therein, in

this case be and hereby is DISMISSED WITH PREJUDICE.

DATED this 9th day of December, 2010.


_____
The Honorable M. Christina Armijo
United States District Court Judge


Submitted by:

**YOUTZ & VALDEZ, P.C.**


_____/s/_____
Shane Youtz
900 Gold Avenue SW
Albuquerque, NM  87102
(505) 244-1200 – Telephone

James Piotrowski
HERZFELD & PIOTROWSKI
824 W. Franklin
Boise, ID  83701
(208) 331-9200 – Telephone

*Counsel for Plaintiffs*


Approved by:

**BOARD OF COUNTY COMMISSIONER OF
BERNALILLO COUNTY**


STIPULATED JUDGMENT - 7

*Approved via email 12/3/10*
Peter Auh
Assistant County Attorney
Bernalillo County
520 Lomas Blvd. NW, 4th Floor
Albuquerque, NM  87102

*Counsel for Defendant*

STIPULATED JUDGMENT - 8